# Court of Appeals
# of the State of Georgia

ATLANTA,____August 17, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1701.  MAPP v. SOUTHEASTRANS, INC.**

Appellee's motion to dismiss appeal is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/17/2015_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*